IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, by and through A.P., His Guardian Ad Litem,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No. C 06 2693<br><br>[PLAINTIFF'S ~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

The Court having considered the application of A.P. for appointment as guardian ad litem of Plaintiff E.P., a minor, and good cause appearing therefore,

IT IS SO ORDERED.

Date: 26 Apr 06

_____
U.S. DISTRICT COURT JUDGE

ORDER