IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, by and through A.P., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 06 2693<br><br>[PLAINTIFF'S ~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO PROCEED UNDER A PSEUDONYM |

The Court having considered the application of Plaintiff E.P., by and through his Guardian Ad Litem, A.P., to protect his right to privacy and proceed under a pseudonym, the memorandum of points and authorities, and the declaration of counsel, and good cause appearing therefore,

THE COURT ORDERS that (1) Plaintiff and his Guardian Ad Litem may proceed under the pseudonyms "E.P." and "A.P.", respectively, and (2) all documents that contain personally identifiable information, including the Petition for Appointment of Guardian Ad Litem and the Declaration of Counsel, be filed under seal, or in the alternative, be redacted prior to filing.

IT IS SO ORDERED.

Date: 26 Apr 06

_____
U.S. DISTRICT COURT JUDGE

ORDER