ELIZABETH A. ESTES, State Bar No. 173680
AMY R. LEVINE, State Bar No. 160743
DAMARA MOORE, State Bar No. 215678
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: 415-543-4111
Facsimile: 415-543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

ROBERTA S. SAVAGE, State Bar No. 202940
ATTORNEY AT LAW
221 G Street, Suite 207
Davis, CA 95616
Telephone: 530-753-4497
Facsimile: 530-753-4498

Attorneys for Plaintiff
E.P., a minor, by and through A.P., His Guardian Ad Litem

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, by and through A.P., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C 06-2693 MJJ (WDB)<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON**<br><br>GRANTED |

The parties hereby stipulate and request that the court continue the hearing date on the cross-motions for summary judgment currently set for February 6, 2007 to a date to be determined at a further status conference to be set no later than 30 days following entry of judgment in the

1

STIPULATION & REQUEST FOR CONTINUANCE
OF HEARING DATE ON MOTIOS FOR SUMMARY
JUDGMENT; ORDER THEREON - CASE NO. C06-2693 MJJ

SF 246077v1

matter of *E.P. v. San Ramon Valley Unified School District*, Case No. 05-01390 MJJ ("EP 2005"), for the following reasons:

E.P. 2005 involves the same parties as the instant case. Both cases are before the Hon. Martin J. Jenkins. E.P. 2005 is still under submission, and the court's ruling on the motions for summary judgment in that case will be an important consideration in briefing the instant case, , and potentially in reevaluating settlement positions.

It is therefore requested that the February 6, 2007 hearing date on the motions for summary judgment be vacated, and a further status conference be set for a date within 30 days from the date of final judgment in E.P. 2005.

IT IS SO STIPULATED.

DATED: December 15, 2006                MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
ELIZABETH A. ESTES
AMY R. LEVINE
DAMARA MOORE
Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

DATED: December 15, 2006                LAW OFFICE OF ROBERTA S. SAVAGE

By: s/s Roberta S. Savage
ROBERTA S. SAVAGE
Attorneys for Plaintiff
E.P., a minor, by and through A.P., His Guardian Ad Litem

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

That the February 6, 2007 hearing date on the parties' cross-motions for summary judgment is vacated. A further status conference in the instant case shall be set within 30 days following entry of judgment in *E.P. v. San Ramon Valley Unified School District*, Case No. 05-

01390.  At the status conference a new hearing date on the cross-motions for summary judgment shall be determined, and the briefing schedule set accordingly in compliance with local rules.

Dated: December __20__, 2006

_____
Martin J. Jenkins
United States District Judge