| | |
|---|---|
| 1 | Roberta S. Savage (SBN 202940) |
| | 221 G Street, Suite 207 |
| 2 | Davis, CA 95616 |
| | tel (530) 753-4497 |
| 3 | fax (530) 753-4498 |
| 4 | Eileen Matteucci (SBN 77327) |
| | 901 Owhanee Ct. |
| 5 | Fremont, CA 94539 |
| | tel (510) 623-7556 |
| 6 | fax (510) 226-6210 |
| 7 | Attorneys for |
| | E.P. |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E.P., a minor, By and Through A.P., His Guardian Ad Litem, | ) | CASE NO. C 06-2693 MJJ (WDB) |
| Plaintiff, | ) | PLAINTIFF'S WITHDRAWAL OF COMPLAINT AND REQUEST FOR DISMISSAL |
| v. | ) | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

Plaintiff withdraws his complaint and requests that this matter be dismissed with prejudice.

Respectfully Submitted,

ROBERTA S. SAVAGE

EILEEN MATTEUCCI

Attorneys for Plaintiff

**Roberta S. Savage**
Digitally signed by Roberta S. Savage
DN: CN = Roberta S. Savage, C = US, O = Roberta S. Savage, Attorney at Law
Date: 2007.07.04 09:20:49 -07'00'

Date: August 3, 2007

Roberta S. Savage

**IT IS SO ORDERED**

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

8/13/2007
DATE